UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DONNA M. BULRIS,

                              Plaintiff,

                                                          1:25-CV-0549
v.                                                        (GTS/PJE)

NANCY BULRIS-ROWELL; HILLARY CLINTON;
MEN AND WOMEN IGNORANT SOCIETY; and
PRESIDENT OBAMA,

                              Defendants.
_____

APPEARANCES:

DONNA M. BULRIS, 35904
    Plaintiff, *Pro Se*
CNY PC
Building 39, Ward 501
P.O. Box 300
Marcy, New York 13403

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        Currently before the Court, in this *pro se* civil rights action filed by Donna M. Bulris

("Plaintiff") against Nancy Bulris-Rowell, Hillary Clinton, Men and Women Ignorant Society,

and President Obama ("Defendants"), is United States Magistrate Judge Paul J. Evangelista's

Report-Recommendation recommending that Plaintiff's Complaint be sua sponte dismissed

without prejudice and without leave to amend for lack of subject matter jurisdiction pursuant to

Fed. R. Civ. P. 12(h)(3), and/or for failure to state a claim pursuant to 28 U.S.C. §

1915(e)(2)(B)(iii).   (Dkt. No. 22.)   Plaintiff has filed an untimely Objection, which (out of

special solicitude to Plaintiff) the Court has accepted.   (Dkt. No. 24.)   She has also filed a

letter-motion requesting various relief.   (Dkt. No. 23.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Evangelista's thorough Report-Recommendation, the Court can find no error in any portion of the Report-Recommendation to which Plaintiff has specifically objected,[1] and no clear error in the remaining portions of the Report-Recommendation:[2] Magistrate Judge Evangelista employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein.   In addition, Plaintiff's letter-motion requesting various relief is denied as moot, procedurally improper and/or without merit for the reasons stated in Magistrate Judge Evangelista's Text Order of January 5, 2026.   (Dkt. No. 25.)

Finally, Plaintiff is respectfully cautioned that she is fast becoming a vexatious litigant. (*See* Dkt. No. 22, at 6-7 [listing Plaintiff's three other actions in this District].)   Should she continue her practice of meritless litigation in this District, she may be directed to show cause

---

[1]     Parties may raise objections to a magistrate judge's report and recommendation, but they must be "specific written objections."   Fed. R. Civ. P. 72(b)(2); *accord*, 28 U.S.C. § 636(b)(1)(c).   "A judge of the court shall make a de novo determination of those portions of the [Report and Recommendation] . . . to which [specific] objection is made."   28 U.S.C. § 636(b)(1)(c); *accord*, Fed. R. Civ. P. 72(b)(2).   "Where, however, an objecting party makes only conclusory or general objections, the Court reviews the Report and Recommendation only for clear error."   *Caldwell v. Crosset*, 09-CV-0576, 2010 WL 2346330, at *1 (N.D.N.Y. June 9, 2010) (quoting *Farid v. Bouey*, 554 F. Supp. 2d 301, 307 (N.D.N.Y. 2008)) (internal quotation marks omitted).

[2]     When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.   Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.   When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."   *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

why she should not be enjoined from filing and litigating future actions *pro se* without prior leave of the District's Chief Judge.

      **ACCORDINGLY**, it is

      **ORDERED** that Magistrate Judge Evangelista's Report-Recommendation (Dkt. No. 22) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

      **ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice and without prior leave to amend**; and it is further

      **ORDERED** that Plaintiff's requests for appointment of counsel (Dkt. Nos. 5, 6, 12, 16) are **DENIED**; and it is further

      **ORDERED** that Plaintiff's request that this Court arrest and sanction Nancy Bulris-Rowell (Dkt. No. 16) is **DENIED**; and it is further

      **ORDERED** that Plaintiff's letter-motion requesting various relief (Dkt. No. 23) is **DENIED**.

Dated: January 26, 2026
      Syracuse, New York

Glenn T. Suddaby
U.S. District Judge